**HERMAN JONES LLP**
Serina M. Vash
153 Central Avenue #131
Westfield, NJ 07090
svash@hermanjones.com
Telephone: (404) 504-6516
Facsimile: (404) 504-6501

[Additional Counsel on Signature Page]

Liaison Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON OPIOID STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To: | Lead Case No. 3:19-cv-21330-FLW-LHG<br><br>(Consolidated with Case Nos. 3:19-cv-21465-MAS-DEA and 3:20-cv-08883-BRM-LHG)<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE |

Presently before the Court is an unopposed Motion by plaintiffs Christopher Leagre, Tracy Bynum, and Sandra Wollman ("Plaintiffs"), for an Order to grant voluntary dismissal of the above-captioned action without prejudice pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure.  Having considered the unopposed motion,

IT IS on this 19th day of  February  2021;

ORDERED that Plaintiffs' unopposed motion for voluntary dismissal without prejudice is GRANTED.  The parties shall bear their own costs and fees.

IT IS SO ORDERED.

      /s/ Freda L. Wolfson
HONORABLE FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

1509583